**Thomas WHITAKER, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

Supreme Court of Pennsylvania.

Sept. 10, 2008.

## ORDER

PER CURIAM.

AND NOW, this 10th day of September, 2008, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED.**